No. 98–6797. SCHWENSOW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 98–6800. SUBER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–6803. GARCIA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 98–6806. MANSFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6814. UMEGBOLU *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 98–6815. SERANG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6816. SWINT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6823. JACKSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 98–6826. KNIGHT *v.* DEPARTMENT OF THE NAVY. C. A. 4th Cir. Certiorari denied. 

No. 98–6827. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6828. BARRON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 98–6831. MATHES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 98–6832. JUVENILE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6833. LUCAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 98–6834. DAVIS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 98–6835. ANDINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.